## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO:  C-1-00-034** |
| vs. | ) |
| | ) |
| **ROBIN M. PITTMAN,** | ) **JUDGE BECKWITH** |
| | )  **MAGISTRATE JUDGE BLACK** |
| **SSN: XXX-XX-0597** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Wal-Mart Associates** | ) |
| | ) |
| **Garnishee.** | ) |

### APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney for

the Southern District of Ohio and for its cause of action alleges:

1.      Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests

the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Robin M.

Pittman, also referred to as "debtor" or "judgment debtor" which is (or may become) in the possession,

custody or control of Wal-Mart Associates, Garnishee herein, for satisfaction of the monies owed by

said Defendant, to the United States of America upon the judgment entered against the Defendant in

the above-captioned case.

2.      This debt arises from the April 11, 2000 judgment entered in favor of the Plaintiff

against Defendant in Civil Action No. C-1-00-034.  The amount of said judgment debt that remains

unpaid and due and owing is:  $16,276.06 ($15,840.38 principal and $435.68 interest) as of  September

20, 2005, with additional interest accruing thereafter at the rate of 6.197 percent per annum.  Plaintiff

further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent

(10%) of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

3.      Defendant's last known address is:  8001 Hamilton Avenue, TRLR #112,  Cincinnati,

OH  45231.

4.      Not less than 30 days has elapsed since demand for payment of the above stated debt

was made upon debtor.  The last demand notice for payment was August 19, 2005.  Since that time the

judgment debtor has failed to pay the amount due.

5.      The Garnishee is believed to have possession of property (including but not limited to

nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest,

and will owe the money or property to the judgment debtor.

6.      The name and address of the Garnishee or its authorized agent is:

> Wal-Mart Associates
> 702 S.W. 8th Street, Dept. 8013
> Bentonville, AR 71716

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States

of America hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Application For Writ Of Continuing Garnishment

was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first

class mail, postage prepaid, this 22nd  day of September, 2005 to:

Robin M. Pittman
8001 Hamilton Avenue, TRLR #112
Cincinnati, OH  45231


Wal-Mart Associates
Attn: Human Resources
702 S.W. 8th Street, Dept. 8013
Bentonville, AR 71716

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\GARN pittman, robin.wpd