## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|     **Plaintiff** | ) |
| | ) CASE NO: C-1-00-034 |
|     vs. | ) |
| | ) |
| **ROBIN M. PITTMAN,** | ) JUDGE BECKWITH |
| | ) MAGISTRATE JUDGE BLACK |
| **SSN: XXX-XX-0597** | ) |
|     **Defendant,** | ) |
| | ) |
|     **and** | ) |
| | ) |
| **Wal-Mart Associates** | ) |
| | ) |
|     **Garnishee.** | ) |

## CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
## AND ON GARNISHEE

This is to certify under penalty of perjury that on October 5, 2005, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Robin M. Pittman, 8001 Hamilton Avenue, TRLR #112, Cincinnati, OH 45231.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

October 2005.

    I further certify under penalty of perjury that on October 5, 2005, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Wal-Mart Associates, Attn: Human Resources, 702 S.W. 8th Street, Dept. 8013, Bentonville, AR 71716.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

    Attached hereto is a copy of the Return of Service document evidencing service on October 10, 2005.

                                            Respectfully submitted,

                                            GREGORY G. LOCKHART
                                            United States Attorney

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney
                                            303 Marconi Boulevard, Suite 200
                                            Columbus, Ohio 43215
                                            (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Certificate of Service on Judgment Debtor and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 26th day of October, 2005 to:

Robin M. Pittman
8001 Hamilton Avenue, TRLR #112
Cincinnati, OH 45231


Wal-Mart Associates
Attn: Human Resources
702 S.W. 8th Street, Dept. 8013
Bentonville, AR 71716

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney