**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin M. Pittman
8001 Hamilton Avenue, TRLR #112
Cincinnati, OH 45231

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 6/2/c
C. Signature: X Bob Pitt ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7003 3110 0005 0228 0378

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart Associates
Attn: Human Resources
702 S.W. 8th Street, Dept. 8013
Bentonville, AR 71716

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X S. Philliber ☐ Agent ☐ Addressee
B. Received by (Printed Name): SHARON PHILLIBER
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

OCT 10 2005

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0005 0228 0361

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835