COUNTY OF BENTON      )
STATE OF ARKANSAS     )

UNITED STATES OF AMERICA                              PLAINTIFF
C-1-00-034
VS.
ROBIN PITTMAN M                                       DEFENDANT
WAL-MART STORES, INC.                                 GARNISHEE

FILED JAMES BONINI CLERK
05 OCT 28 AM 11:26

## ANSWERS OF GARNISHEE

COMES WAL-MART STORES, INC., THROUGH DIANA MCCHRISTIAN, PAYROLL MANAGER, AND FOR ITS ANSWER TO THE ALLEGATIONS AND INTERROGATORIES DIRECTED AGAINST IT FILED BY PLAINTIFF, UNITED STATES OF AMERICA                  , STATES:

1) ON THE DATE AND AT THE TIME OF SERVICE OF THE WRIT OF GARNISHMENT TO WHICH SAID ALLEGATIONS AND INTERROGATORIES WERE ANNEXED, GARNISHEE, WAL-MART STORES, INC., WAS INDEBTED TO DEFENDANT, IN THE AMOUNT$OF       0.00, FOR CURRENT WAGES AS FOLLOWS: BI-WEEKLY WAGES 10/01/05 THRU 10/14/05

   1. GROSS WAGES DUE:                               $       0.00
                                                        (BI-WEEKLY)

   2. LESS DEDUCTIONS REQUIRED BY LAW:
      A. FEDERAL WITHHOLDING TAX                     $ (    0.00 )
      B. F.I.C.A. WITHHOLDING                        $ (    0.00 )
      C. STATE INCOME TAX WITHHOLDING                $ (    0.00 )
      D. LOCAL TAX(S)                                $ (    0.00 )
      E. INSURANCE                                   $ (    0.00 )
   3. NET DISPOSABLE EARNINGS                        $      0.00

   4. AMOUNT NOT EXEMPT:
      A. 25.00% OF                    EARNING
      B.              EARNING LESS $.29
      C. _____ DETERMINED BY COURT $       0.00

      AMOUNT SUBJECT TO GARNISHMENT IS THE
      LESSER AMOUNT OF EITHER 4A OR 4B.

   5. AMOUNT BEING HELD SUBJECT TO THE COURT ORDER;
      OR PAID INTO COURT HEREWITH: ENTER THE
      LESSER    OF 4A OR 4B.                         $       0.00

2) ASSOCIATE HAS A PRIOR SERVED ACTIVE ORDER
   THIS ORDER HAS BEEN PLACED IN LINE TO BE
   ACTIVATED ON COMPLETION OF THE PRIOR ORDER

                                RESPECTFULLY SUBMITTED,
                                WAL-MART STORES, INC.
                                GARNISHEE
                                BY: _____
                                DIANA MCCHRISTIAN
                                PAYROLL MANAGER
                                PO BOX 82
                                BENTONVILLE, AR 72712-0082

ON THE 17TH DAY OF OCTOBER  , 2005, COMES BEFORE ME, A NOTARY PUBLIC FOR THE COUNTY AND STATE AFOREMENTIONED, WAL-MART STORES, INC., GARNISHEE HEREIN, BY THEIR REPRESENTATIVE DIANA MCCHRISTIAN, PAYROLL MANAGER, AND SUBSCRIBED TO THIS DOCUMENT, SWEARING UNDER OATH THAT THE INFORMATION SET FORTH IN THE FOREGOING ANSWER OF GARNISHEE IS TRUE AND CORRECT TO THE BEST OF ITS KNOWLEDGE, INFORMATION, AND BELIEF.

MY COMMISSION EXPIRES: 3/1/2011

          CLERK US DISTRICT COURT           JOETTA AMES
                                            NOTARY PUBLIC
          US PO & COURTHOUSE RM #326
          CINCINNATI   OH   45202

JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
STATE OF ARKANSAS
My Comm. Exp. March 1, 2011