```
COUNTY OF BENTON          )  SS M        0597     01G1
STATE OF ARKANSAS         )          _____


UNITED STATES OF AMERICA                              PLAINTIFF
C-1-00-034
VS.
PITTMAN, ROBIN M                                      DEFENDANT
WAL-MART STORES, INC.                                 GARNISHEE
```

## ANSWERS OF GARNISHEE

COMES WAL-MART STORES, INC., THROUGH DIANA MCCHRISTIAN, PAYROLL MANAGER, AND FOR ITS ANSWER TO THE ALLEGATIONS AND INTERROGATORIES DIRECTED AGAINST IT FILED BY PLAINTIFF, UNITED STATES OF AMERICA                , STATES:

1) ON THE DATE AND AT THE TIME OF SERVICE OF THE WRIT OF GARNISHMENT TO WHICH SAID ALLEGATIONS AND INTERROGATORIES WERE ANNEXED, GARNISHEE, WAL-MART STORES, INC., WAS INDEBTED TO DEFENDANT, IN THE AMOUNT$OF   569.05, FOR CURRENT WAGES AS FOLLOWS: BI-WEEKLY WAGES 10/15/05 THRU 10/28/05

```
    1.  GROSS WAGES DUE:                             $        569.05
                                                           (BI-WEEKLY)
    2.  LESS DEDUCTIONS REQUIRED BY LAW:
        A.  FEDERAL WITHHOLDING TAX                  $ (       0.00 )
        B.  F.I.C.A. WITHHOLDING                     $ (      43.53 )
        C.  STATE INCOME TAX WITHHOLDING             $ (       7.38 )
        D.  LOCAL TAX(S)                             $ (      11.95 )
        E.  INSURANCE                                $ (       0.00 )
    3.  NET DISPOSABLE EARNINGS                      $        506.19

    4.  AMOUNT NOT EXEMPT:
        A.    25.00% OF NET DISPOSABLE EARNING   $        126.55
        B.   NET DISPOSABLE  EARNING LESS 309.00 $        197.19
        C.  _____ DETERMINED BY COURT $          0.00

        AMOUNT SUBJECT TO GARNISHMENT IS THE
        LESSER  AMOUNT OF EITHER 4A OR 4B.

    5.  AMOUNT BEING HELD SUBJECT TO THE COURT ORDER;
        OR PAID INTO COURT HEREWITH:  ENTER THE
        LESSER  OF 4A OR 4B.                         $        125.80

2)  CHECK #       6968   EARNINGS NOT SUFFICIENT
```

```
                                    RESPECTFULLY SUBMITTED,
                                    WAL-MART STORES, INC.
                                    GARNISHEE
                                    BY: /s/ Diana McChristian
                                        DIANA MCCHRISTIAN
                                        PAYROLL MANAGER
                                        PO BOX 82
                                        BENTONVILLE, AR 72712-0082
```

ON THE 31ST DAY OF OCTOBER  , 2005, COMES BEFORE ME, A NOTARY PUBLIC FOR THE COUNTY AND STATE AFOREMENTIONED, WAL-MART STORES, INC., GARNISHEE HEREIN, BY THEIR REPRESENTATIVE DIANA MCCHRISTIAN, PAYROLL MANAGER, AND SUBSCRIBED TO THIS DOCUMENT, SWEARING UNDER OATH THAT THE INFORMATION SET FORTH IN THE FOREGOING ANSWER OF GARNISHEE IS TRUE AND CORRECT TO THE BEST OF ITS KNOWLEDGE, INFORMATION, AND BELIEF.

MY COMMISSION EXPIRES: 3/1/2011

JOETTA AMES
NOTARY PUBLIC

```
            CLERK US DISTRIST COURT
            US PO & COURTHOUSE RM #326
            CINCINNATI, OH
            45202
```



JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
My Comm. Exp. March 1, 2011

Tue Nov  8 14:26:08 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 428687
Cashier          mll

Tender Type  CHECK

Check Number: 046016968

Transaction Type   C

Case No./Def No. 1:00-CV-0034  /  1

DO Code    Div No       Acct
 4661        1         6855XX

Amount            $    125.80

WALMART FOR ROBIN PITTMAN

GARNISHMENT 1:00-CV-0034


Tue Nov  8 14:26:08 2005

Check No. 046016968
Amount$   125.80
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661