COUNTY OF BENTON           )
                           ) SS.  M ~~~~~~597~~   01G1
STATE OF ARKANSAS          )  _____

UNITED STATES OF AMERICA                              PLAINTIFF
C-1-00-034
VS.
PITTMAN, ROBIN M                                      DEFENDANT
WAL-MART STORES, INC.                                 GARNISHEE

## ANSWERS OF GARNISHEE

  COMES WAL-MART STORES, INC., THROUGH DIANA MCCHRISTIAN, PAYROLL MANAGER, AND FOR ITS ANSWER TO THE ALLEGATIONS AND INTERROGATORIES DIRECTED AGAINST IT FILED BY PLAINTIFF, UNITED STATES OF AMERICA           , STATES:

1) ON THE DATE AND AT THE TIME OF SERVICE OF THE WRIT OF GARNISHMENT TO WHICH SAID ALLEGATIONS AND INTERROGATORIES WERE ANNEXED, GARNISHEE, WAL-MART STORES, INC., WAS INDEBTED TO DEFENDANT, IN THE AMOUNT$OF   646.60, FOR CURRENT WAGES AS FOLLOWS: BI-WEEKLY WAGES 10/29/05 THRU 11/11/05

   1. GROSS WAGES DUE:                              $    646.60
                                                        (BI-WEEKLY)
   2. LESS DEDUCTIONS REQUIRED BY LAW:
      A. FEDERAL WITHHOLDING TAX                    $ (    0.00 )
      B. F.I.C.A. WITHHOLDING                       $ (   49.46 )
      C. STATE INCOME TAX WITHHOLDING               $ (    9.89 )
      D. LOCAL TAX(S)                               $ (   13.58 )
      E. INSURANCE                                  $ (    0.00 )
   3. NET DISPOSABLE EARNINGS                       $    573.67

   4. AMOUNT NOT EXEMPT:
      A.   25.00% OF NET DISPOSABLE  EARNING    $    143.42
      B.   NET DISPOSABLE  EARNING LESS 309.00  $    264.67
      C.   _____ DETERMINED BY COURT $    0.00

      AMOUNT SUBJECT TO GARNISHMENT IS THE
      LESSER AMOUNT OF EITHER 4A OR 4B.

   5. AMOUNT BEING HELD SUBJECT TO THE COURT ORDER;
      OR PAID INTO COURT HEREWITH: ENTER THE
      LESSER OF 4A OR 4B.                           $    142.67

2) CHECK #    ~~~~4248  EARNINGS NOT SUFFICIENT

                                    RESPECTFULLY SUBMITTED,
                                    WAL-MART STORES, INC.
                                    GARNISHEE
                                    BY: *Diana McChristian*
                                    DIANA MCCHRISTIAN
                                    PAYROLL MANAGER
                                    PO BOX 82
                                    BENTONVILLE, AR 72712-0082

  ON THE 14TH DAY OF NOVEMBER , 2005, COMES BEFORE ME, A NOTARY PUBLIC FOR THE COUNTY AND STATE AFOREMENTIONED, WAL-MART STORES, INC., GARNISHEE HEREIN, BY THEIR REPRESENTATIVE DIANA MCCHRISTIAN, PAYROLL MANAGER, AND SUBSCRIBED TO THIS DOCUMENT, SWEARING UNDER OATH THAT THE INFORMATION SET FORTH IN THE FOREGOING ANSWER OF GARNISHEE IS TRUE AND CORRECT TO THE BEST OF ITS KNOWLEDGE, INFORMATION, AND BELIEF.

MY COMMISSION EXPIRES: 3/1/2011
                                    *Joetta Ames*
                                    JOETTA AMES
                                    NOTARY PUBLIC

      CLERK US DISTRIST COURT
      US PO & COURTHOUSE RM #326
      CINCINNATI, OH
      45202



JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
My Comm. Exp. March 1, 2011

```
Mon Nov 21 16:19:14 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 428815
Cashier       ml1

Tender Type   CHECK

Check Number: 046804248

Transaction Type   C

Case No./Def No. 1:00-CV-0034  /  1

DO Code    Div No    Acct
 4661        1       6855XX

Amount              $    142.67

WALMART FOR ROBIN PITTMAN


GARNISHMENT 1:00-CV-0034




Mon Nov 21 16:19:14 2005

Check No. 046804248
Amount$    142.67
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```