# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br><br>　　　　vs.<br><br>ROBIN M. PITTMAN,<br><br>SSN: XXX-XX-0597<br>　　　　Defendant,<br><br>　　　　and<br><br>Wal-Mart Associates<br><br>　　　　Garnishee. | )<br>)<br>) CASE NO: C-1-00-034<br>)<br>)<br>) JUDGE BECKWITH<br>) MAGISTRATE JUDGE BLACK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GREGORY G. LOCKHART
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　s/Deborah F. Sanders
　　　　　　　　　　　　　　　　　　DEBORAH F. SANDERS (0043575)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　303 Marconi Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　(614) 469-5715
　　　　　　　　　　　　　　　　　　Fax: (614) 469-5240
　　　　　　　　　　　　　　　　　　Deborah.Sanders @usdoj.gov

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Annual Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 15th day of February, 2007 to:

Robin M. Pittman
8001 Hamilton Avenue, TRLR #112
Cincinnati, OH  45231


Wal-Mart Associates
Attn: Human Resources
702 S.W. 8th Street, Dept. 8013
Bentonville, AR 71716

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney