```
RUN DATE: 09-FEB-2007                    PAYMENT HISTORY REPORT                         Report: CZ_QRVG
                                         FOR: 1999201542/001                            PAGE: 1 OF 3

                DEBTOR: Pittman, Robin M.
                COURT NUMBER: C-1-00-034
CURRENT LIABILITY BALANCE: $13,078.08                                                   PRIORITY CODE:

 FIN    FIN   COL    REC           FORM/   REC              DEPOSIT    CHECK      TRANS # BOP       PMNT AMT    POST
 SEQ    CODE  TYPE   DATE          REC BY  FROM             NO.        NO.                DEPOSIT NO.           DATE
 ----   ----  ----   -----------   ------  ----             -------    ------     ----------------  --------    -----------
 0029   PMNT  WA     13-FEB-2006   GR/G    Wal-Mart         OHS /06/086    51569744                  $97.04    13-FEB-2006
 0030   PMNT  WA     01-MAR-2006   GR/G    Wal-Mart         OHS /06/095    52325118                 $127.67    01-MAR-2006
 0031   PMNT  WA     16-MAR-2006   GR/G    Wal-Mart         OHS /06/104    53081835                 $156.06    16-MAR-2006
 0032   PMNT  WA     28-MAR-2006   GR/G    Wal-Mart         OHS /06/107    53880387                 $182.17    28-MAR-2006
 0034   PMNT  WA     12-APR-2006   GR/G    Wal-Mart         OHS /06/117    54644773                 $147.48    12-APR-2006
 0035   PMNT  WA     25-APR-2006   GR/G    Wal-Mart         OHS /06/125    55414704                 $153.39    25-APR-2006
 0036   PMNT  WA     09-MAY-2006   GR/G    Wal-Mart         OHS /06/134    56202947                 $151.45    09-MAY-2006
 0037   PMNT  WA     22-MAY-2006   GR/G    Wal-Mart         OHS /06/141    56980767                 $153.06    22-MAY-2006
 0038   PMNT  WA     06-JUN-2006   GR/G    Wal-Mart         OHS /06/149    57760642                 $154.99    06-JUN-2006
 0039   PMNT  WA     20-JUN-2006   GR/G    Wal-Mart Stores  OHS /06/157    44223485                 $164.17    20-JUN-2006
 0040   PMNT  WA     05-JUL-2006   GR/G    Wal-Mart Stores  OHS /06/165    44550818                 $153.49    05-JUL-2006
 0041   PMNT  WA     18-JUL-2006   GR/G    Wal-Mart Stores  OHS /06/172    44874757                 $161.89    18-JUL-2006
 0042   PMNT  WA     01-AUG-2006   GR/G    Wal-Mart Inc     OHS /06/177    45191551                 $128.26    01-AUG-2006
 0043   PMNT  WA     15-AUG-2006   GR/G    Wal-Mart Stores  OHS /06/186    45517792                 $155.07    15-AUG-2006
 0044   PMNT  WA     29-AUG-2006   GR/G    Wal-Mart Stores  OHS /06/196    45839793                 $164.85    29-AUG-2006
 0045   PMNT  WA     11-SEP-2006   GR/G    Wal-Mart Stores  OHS /06/203    46167480                 $183.75    12-SEP-2006
 0046   PMNT  WA     26-SEP-2006   GR/G    Wal-Mart Stores  OHS /06/212    46494841                 $194.50    26-SEP-2006
 0047   PMNT  WA     11-OCT-2006   GR/G    Wal-Mart Stores  OHS /07/006    46820791                 $177.21    11-OCT-2006
 0048   PMNT  WA     23-OCT-2006   GR/G    Wal-Mart Stores  OHS /07/014    47148126                 $141.47    23-OCT-2006
 0049   PMNT  WA     06-NOV-2006   GR/G    Wal-Mart Stores  OHS /07/023    47463299                 $143.01    06-NOV-2006
 0050   PMNT  WA     20-NOV-2006   GR/G    Wal-Mart Stores  OHS /07/031    47771888                 $153.43    20-NOV-2006
 0051   PMNT  WA     05-DEC-2006   GR/G    Wal-Mart Stores  OHS /07/038    48081751                 $175.99    05-DEC-2006
 0053   PMNT  WA     19-DEC-2006   GR/G    Wal-Mart Stores  OHS /07/046    48392789                 $175.84    19-DEC-2006
 0054   PMNT  WA     04-JAN-2007   GR/G    Wal-Mart Stores  OHS /07/053    48705774                 $136.18    04-JAN-2007
 0055   PMNT  WA     17-JAN-2007   GR/G    Wal-Mart Stores  OHS /07/060    49010812                 $204.76    17-JAN-2007
 0056   PMNT  WA     30-JAN-2007   GR/G    Wal-Mart Stores  OHS /07/069    49323296                 $109.50    30-JAN-2007

                                                              Total Payments for Debtor:   $ 4,197.45
```


GOVERNMENT EXHIBIT

CARDELS 800-783-0399