**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO: C-1-00-034 |
|     vs. ) | |
| ) | |
| ROBIN M. PITTMAN, ) | JUDGE BECKWITH |
| ) | MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-0597 ) | |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Wal-Mart Associates ) | |
|     Garnishee. ) | |

**PLAINTIFF'S MOTION TO QUASH THE**
**WRIT OF CONTINUING GARNISHMENT**

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment (Doc. #12) filed on October 3, 2005 in the above captioned case. Plaintiff has received notification from the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Robin M. Pittman (Exhibit A). The Defendant was terminated on February 1, 2007. Therefore, it is respectfully requested that the October 3, 2005 Writ of Continuing Garnishment against the property of Robin M. Pittman be quashed.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215-2401

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 5th day of April, 2007 to:

Robin M. Pittman
8001 Hamilton Avenue, TRLR #112
Cincinnati, OH  45231


Wal-Mart Associates
Attn: Human Resources
702 S.W. 8th Street, Dept. 8013
Bentonville, AR 71716


                                                                s/Deborah F. Sanders
                                                                DEBORAH F. SANDERS (0043575)
                                                                Assistant United States Attorney