## Notice of Employee Not Active

03/05/2007

DEBORAH F SANDERS
303 MARCONI BLVD STE 200

COLUMBUS, OH  43215


Case Identifier:          C-1-00-034
Obligor Name:             ROBIN PITTMAN
Obligor Status:           TERMINATED
Obligor Status Date:      02/01/2007

To Whom It May Concern:

A court order has been issued for the obligor listed above.  Due to the status indicated,
Walmart is not in possession of any wages or personal property owed to the obligor.

ADP Financial and Compliance Services is remitting this notice on behalf of the above employer. All questions
concerning this remittance should be directed to (866) 324-5191


ADP Financial and Compliance Services
By:  *[signature]*
Name: Lynn Demshock
Title:  V.P. of Garnishment Services


    Under the penalties provided by applicable law, ADP Financial and Compliance Services certifies
    that the statements set forth in this instrument are true and correct and that, to the extent required
    by applicable law, a copy of this completed Response / Answer has either been mailed or hand
    delivered to the Debtor / Obligor and all parties required by law.



WMT1