IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br> Plaintiff </br> </br> vs. </br> </br> ROBIN M. PITTMAN, </br> </br> SSN: XXX-XX-0597 </br> Defendant, </br> </br> and </br> </br> Wal-Mart Associates </br> </br> Garnishee. | ) </br> ) </br> ) CASE NO: C-1-00-034 </br> ) </br> ) </br> ) JUDGE BECKWITH </br> )  MAGISTRATE JUDGE BLACK </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment (Doc. #12) and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the October 3, 2005 Writ of Continuing Garnishment against the property of Robin M. Pittman be quashed.

Date: 4/6/07

_____
UNITED STATES MAGISTRATE JUDGE